UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ARYTOM MATEVOSYAN,

Defendant.

2:08-CR-0309 JCM ((PAL)

**ORDER**

Presently before the court is the matter of *United States of America v. Matevosyan, et. al.*, case number 2:08-cr-00309-JCM-PAL.

On December 20, 2011, this court entered an order of forfeiture against defendant Arytom Matevosyan. Pursuant to Fed. R. Crim. P. 32.2(b)(4)(B), "The court must also include the forfeiture order, directly or by reference, in the Judgment, but the court's failure to do so may be corrected at any time under Rule 36."

Here, the judgment does not include the forfeiture order. Therefore, pursuant to this court's authority under Fed. R. Crim. P. 36, the court orders that the forfeiture order be included in the judgment of conviction.

. . .

. . .

. . .

. . .

. . .

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the clerk of the court issue an amended judgment of conviction, attaching a copy of this court's forfeiture order (doc. #173).

DATED May 1, 2012.

_____
**UNITED STATES DISTRICT JUDGE**